RENÉ KORPER (#115947)
MICHAEL D. PETERSON (#285818)
**LAW OFFICES OF RENÉ KORPER**
27240 Turnberry Lane, Suite 200
Valencia, California 91355
Telephone: (661) 362-0728
Facsimile:  (661) 362-0729
Attorneys for Plaintiff:
MARK EDWARD DAIL AND
PATRICIA CARLYN DAIL

JS-6

**J. RANDOLPH HUSTON, PC**
J. RANDOLPH HUSTON (SBN 40044)
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
TEL: (213) 629-3571
email: jrh@wwtwlaw.com
Attorney For Defendant:
KEYSTONE RV COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD DAIL, an individual; PATRICIA CARLYN DAIL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KEYSTONE RV COMPANY, an unknown business entity; DOES 1-50, inclusive,<br><br>Defendants. | **Case No.:**   2:21-cv-02142-MWF<br>Los Angeles County Sup. Court Case: 21STCV01590<br><br>Removed on:   March 9, 2021<br><br>Assigned for all purposes to:<br>The Hon. Michael W. Fitzgerald<br><br>**STIPULATION TO REMAND TO STATE COURT AND ORDER THEREON** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiffs MARK EDWARD DAIL AND PATRICIA CARLYN DAIL and Defendant KEYSTONE RV COMPANY, by and through their respective counsel of record do hereby stipulate to the following facts:

1

STIPULATION TO REMAND TO STATE COURT AND ORDER THEREON

1. This action was initially filed in the Superior Court of California, County of Los Angeles, case No. 21STCV01590, on January 14, 2021.

2. Defendant, KEYSTONE RV COMPANY, received a copy of the Complaint on February 4, 2021.

3. Pursuant to 28 U.S.C. §1446, the time for Defendant to file a Notice of Removal expired 30 days from February 4, 2021, which was Saturday March 6, 2021, thereby making the filing deadline Monday March 8, 2021.

4. Defendant filed their Notice of Removal on Tuesday March 9, 2021, after the filing deadline had passed.

In the interest of Judicial efficacy, and to avoid unnecessary Motion practice, all Parties have agreed to, and hereby stipulate that good cause exists to remand this case back to State Court, in the County of Los Angeles, Case No. 21STCV01590. This stipulation is made without prejudice to any right, claim, defense, or argument of any and all Parties.

DATED: March 25, 2021   **LAW OFFICES OF RENÉ KORPER**

By: _____
René Korper
Michael D. Peterson
Attorneys for Plaintiff
MARK EDWARD DAIL and
PATRICIA CARLYN DAIL

DATED: March 25, 2021   **J. RANDOLPH HUSTON, PC**

By: _____
J. Randolph Huston
Attorneys for Plaintiff
KEYSTONE RV COMPANY

2
STIPULATION TO REMAND TO STATE COURT AND ORDER THEREON

# ORDER

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that this action, Eastern District of California Case Number 2:21-cv-02142, is remanded back to State Court, Los Angeles County Superior Court Case No. 21STCV01590.

**IT IS SO ORDERED**

Dated: March 26, 2021

_____
Hon. Michael W. Fitzgerald
U.S. District Judge
Central District of California